IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ULe D.C.

05 JUL 18 PM 5:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff/Counter-Defendant,

VS.                                                     NO. 02-2282-Ma

ARTHUR BLANK & CO., INC.,

    Defendant/Counter-Plaintiff,

VS.

MOORE NORTH AMERICA, INC.,

    Third Party Defendant.

## ORDER EXTENDING TIME TO MEDIATE

Before the court is the July 11, 2005, joint motion of the parties requesting an extension of the mediation deadlines. For good cause shown, the motion is granted. The deadline for selecting a mediator is August 1, 2005. If the parties are unable to agree on a mediator, the court will select one. Mediation shall occur within thirty (30) days from selection of the mediator.

It is so ORDERED this 18th day of July, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05

/77

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 177 in case 2:02-CV-02282 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Matthew B Lowrie
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Ronald E. Cahill
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Michael A Albert
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Barry E Bretschneider
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave. N.W.
Washington, DC 20006

James L. Coggin
MARTIN TATE MORROW & MARSTON
22 North Front St.
Suite 1100
Memphis, TN 38103--118

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Chad A. Landmon
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Daniel J. Gleason
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James D. Veltrop
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT