FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -8 PM 3: 40

THO.... M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff,

v.

                                          Civil Action No.:  02 2282 Ma

ARTHUR BLANK & COMPANY, INC.,

    Defendant, Counter-Plaintiff and
    Third-Party Plaintiff,

v.

MOORE WALLACE NORTH
AMERICA, INC., f/k/a MOORE NORTH AMERICA, INC.

    Third-Party Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Barry Fiala, Inc. ("Fiala") and Defendant Arthur Blank & Company, Inc. ("Blank")

have settled and compromised the dispute existing between them and existing between Arthur

Blank & Company, Inc. and Third-Party Defendant Moore Wallace North America, Inc. and the

parties to this action wish to dismiss this action in its entirety with each party to bear its own costs,

expenses and attorney fees.

**WHEREFORE, IT IS HEREBY ORDERED** that the above-captioned action is

dismissed with prejudice with each party to bear its own costs, expenses and attorney fees.

IT IS SO ORDERED, this __8th__ day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-9-05__

178

BY STIPULATION, SIGNED IN COUNTERPARTS BY AGREEMENT, AND WITH ALL
RIGHTS OF APPEAL WAIVED:

Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4843
Telephone:  (901) 522-9000
Facsimile:  (901) 527-3746
Attorneys for Plaintiff,
Barry Fiala, Inc.


Kenneth R. Berman, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone:  (617) 439-2000
Facsimile:  (617) 310-9000
Attorneys for Defendant,
Arthur Blank & Company, Inc.


James D. Veltrop, Esq.
Chad A. Landmon, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:  (860) 275-8100
Fascimile:  (860) 275-8101
Attorneys for Third-Party Defendant,
Moore Wallace North America, Inc. f/k/a Moore North America, Inc.

2

BY STIPULATION, SIGNED IN COUNTERPARTS BY AGREEMENT, AND WITH ALL
RIGHTS OF APPEAL WAIVED:

_____

Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4843
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
Attorneys for Plaintiff,
Barry Fiala, Inc.

Kenneth R. Berman, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
Attorneys for Defendant,
Arthur Blank & Company, Inc.

_____

James D. Veltrop, Esq.
Chad A. Landmon, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: (860) 275-8100
Fascimile: (860) 275-8101
Attorneys for Third-Party Defendant,
Moore Wallace North America, Inc. f/k/a Moore North America, Inc.

2

BY STIPULATION, SIGNED IN COUNTERPARTS BY AGREEMENT, AND WITH ALL
RIGHTS OF APPEAL WAIVED:


_____
Richard M. Carter (TN B.P.R. #7285)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4843
Telephone: (901) 522-9000
Facsimile: (901) 527-3746
Attorneys for Plaintiff,
Barry Fiala, Inc.



_____
Kenneth R. Berman, Esq.
NUTTER McCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Telephone: (617) 439-2000
Facsimile: (617) 310-9000
Attorneys for Defendant,
Arthur Blank & Company, Inc.



_____
James D. Veltrop, Esq.
Chad A. Landmon, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: (860) 275-8100
Fascimile: (860) 275-8101
Attorneys for Third-Party Defendant,
Moore Wallace North America, Inc. f/k/a Moore North America, Inc.


2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:02-CV-02282 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

James D. Veltrop
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Matthew B Lowrie
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Chad A. Landmon
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Daniel J. Gleason
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James L. Coggin
MARTIN TATE MORROW & MARSTON
22 North Front St.
Suite 1100
Memphis, TN 38103--118

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Ronald E. Cahill
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Barry E Bretschneider
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave. N.W.
Washington, DC 20006

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Michael A Albert
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Honorable Samuel Mays
US DISTRICT COURT