```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
```

FILED BY _____ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff,

v.

ARTHUR BLANK & COMPANY, INC.,

    Defendant, Counter-Plaintiff                   Cv. No. 02-2282-Ma
    and Third-Party Plaintiff,

v.

MOORE WALLACE NORTH AMERICA, INC.,
f/k/a MOORE NORTH AMERICA, INC.,

    Third-Party Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Stipulated Order of Dismissal With Prejudice, docketed August 9, 2005.  Each party shall bear its own costs, expenses and attorney fees.

**APPROVED:** _/s/_

---
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
---
DATE

THOMAS M. GOULD
---
CLERK

_/s/ Earline Drayer_
---
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

(180)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 180 in case 2:02-CV-02282 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Chad A. Landmon
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Michael A Albert
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James D. Veltrop
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Daniel J. Gleason
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Matthew B Lowrie
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Barry E Bretschneider
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave. N.W.
Washington, DC 20006

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Ronald E. Cahill
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James L. Coggin
MARTIN TATE MORROW & MARSTON
22 North Front St.
Suite 1100
Memphis, TN 38103--118

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT