IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23  AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff and
    Counter-Defendant,

VS.                                                  NO. 02-2282-Ma

ARTHUR BLANK & CO., INC.,

    Defendant and
    Counter-Plaintiff,

VS.

MOORE NORTH AMERICA, INC.,

    Third Party Defendant.

ORDER ON PENDING MOTION

On October 14, 2004, plaintiff filed a motion to continue the October 29 hearing on the motion for hearing on Fiala's motion to clarify. This case has been settled and an order of dismissal has been entered. The October 14, 2004, motion (D.E. No. 158) is moot.

It is so ORDERED this 22nd day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 181 in case 2:02-CV-02282 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Barry E Bretschneider
MORRISON & FOERSTER, LLP
2000 Pennsylvania Ave. N.W.
Washington, DC 20006

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

James L. Coggin
MARTIN TATE MORROW & MARSTON
22 North Front St.
Suite 1100
Memphis, TN 38103--118

Daniel J. Gleason
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James D. Veltrop
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Michael A Albert
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Matthew B Lowrie
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210--220

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Lucian T. Pera
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ronald E. Cahill
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210--260

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Chad A. Landmon
AXINN VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103--370

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT